UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LORNE MURPHY,<br><br>               Plaintiff,<br><br>vs.<br><br>ANTHONY CATALUSCI, et al.,<br><br>               Defendant. | Case No. CV-24-179-BU-JTJ<br><br>AMENDED JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED
    1. Murphy's Motion for Recusal (Doc. 9) is DENIED.
    2. Murphy's Second Motion to Appoint Counsel (Doc. 10) is DENIED.
    3. This action is DISMISSED WITHOUT PREJUDICE.

    Dated this 16th day of January, 2025.

    TYLER P. GILMAN, CLERK

    By: /s/ M. Stewart
    M. Stewart, Deputy Clerk